IN RE STEVEN G.

The respondent's petition for certification for appeal from the Appellate Court, 14 Conn. App. 205, is granted, limited to the issue: "In juvenile delinquency proceedings, what standard governs the authority of the state, after the commencement of trial, to amend the petition to include additional charges?"

*Shelley White,* in support of the petition.

Decided June 3, 1988

FRANCIS VIGNERI *v.* DEBORAH L. ZURA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 14 Conn. App. 812, is denied.

*Patrick Tomasiewicz,* in support of the petition.

*Richard S. Cramer,* in opposition.

Decided June 3, 1988

GEORGE W. STIEPEL *v.* PHILIP R. CONE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 815, is denied.

*James E. Mattern,* in support of the petition.

Decided June 22, 1988

J. M. ROSA CONSTRUCTION COMPANY, INC. *v.*
THE CONNECTICUT WATER COMPANY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 822, is denied.

*Mark E. Blakeman,* in support of the petition.

*Stefan Underhill,* in opposition.

Decided June 22, 1988